Electronically Filed
Kahalah A. Clay
Circuit Clerk
CARMEN GLENN
20L0931
St. Clair County
11/18/2020 10:18 AM
11177652

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| GWENDOLYN WOLFE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 20L0931 |
| | ) |
| SCHNUCK MARKETS, INC. | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW plaintiff, Gwendolyn Wolfe, by and through her attorney Kirk A. Caponi of Williams, Caponi & Associates, P.C., and for her Complaint against defendant, Wal-Mart Stores, Inc., states as follows:

1. That the plaintiff, Gwendolyn Wolfe, is a citizen and resident of the City of Dupo, County of St. Clair, State of Illinois.

2. That the defendant, Schnuck Markets, Inc., is a Missouri corporation that owned, operated, managed and/or maintained Schnucks #148 located at 1530 1615 Camp Jackson Road, City of Cahokia, County of St. Clair, State of Illinois.

3. That on or about November 21, 2018, plaintiff was lawfully on the premises of the Cahokia Schnucks.

4. That it then and there became, and was, defendant's duty to exercise ordinary care and caution in and about the management of the premises, and to keep the same in a reasonably safe condition for plaintiff and for other persons in the store.

EXHIBIT A

5. Disregarding its aforesaid duty, defendant, by and through its agents and employees, negligently allowed liquid to accumulate on the floor in the baking section, although the same was dangerous to plaintiff or other persons walking thereon, all of which defendant, by and through its agents and employees, knew, or in exercise of due care and caution would have known, and of which plaintiff did not have equal knowledge.

6. That at the time and place aforesaid, as a direct and proximate result of the aforesaid negligence of defendant, by and through its agents and employees, plaintiff was caused to slip on the surface area of the floor.

7. That at the time and place aforesaid, defendant, by and through its agents and employees, was negligent in one or more of the following respects:

    a. Failing to properly maintain the surface of the floor by allowing liquid to accumulate and become slippery;

    b. Failing to warn plaintiff of the hazardous condition

8. That as a direct and proximate result of the defendant's negligence, the plaintiff was injured in one or more of the following ways:

    a. The plaintiff was made sick, sore, lame, disordered and disabled and suffered extensive injuries to her head, body and limbs, both internally and externally;

    b. The plaintiff received injuries to her hip;

    c. The plaintiff received injuries to her right knee;

    d. The plaintiff received injuries to the soft tissues of the cervical, shoulder, and lumbar area, including the muscles, ligaments, tendons and nerves;

    e. The plaintiff has expended money for necessary medical care, treatment and services and will be required to expend money for medical care, treatment and services in the future;

    f. The plaintiff has suffered disability as a result of his injuries;

EXHIBIT A

  g. The plaintiff has experienced pain and suffering and will be reasonably certain to experience pain and suffering in the future as a result of the injuries; and

  h. The plaintiff will suffer an impairment of future earning capacity.

WHEREFORE, plaintiff, Gwendolyn Wolfe, prays this Court enter a judgment of award against the defendant, Schnuck Markets, Inc., in an amount to exceed Fifty Thousand Dollars ($50,000.00) plus the costs of this suit.

              RESPECTFULLY SUBMITTED,


              */s/ Kirk A. Caponi*
              BY: KIRK A. CAPONI #06203940


**DEFENDANT TO BE SERVED:**
Schnuck Markets, Inc.
11420 Lackland Road
St. Louis, Mo 63146


**LAW OFFICES**
Williams, Caponi & Associates, P.C.
30 East Main Street
PO Box 565
Belleville, Illinois 62222
(618) 235-1550
fax: (618) 235-8059
wcalawgeneral@gmail.com

EXHIBIT A

Electronically Filed
Kahalah A. Clay
Circuit Clerk
CARMEN GLENN
20L0931
St. Clair County
11/18/2020 10:18 AM
11177652

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | | |
|---|---|---|
| GWENDOLYN WOLFE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 20L0931 |
| | ) | |
| SCHNUCK MARKETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT

COMES NOW, Kirk A. Caponi of Williams, Caponi & Associates, P.C., attorney for the plaintiff in the above-entitled action and at the time of filing of this Complaint has reasonable grounds to believe that the damages to the Plaintiff as a result of the injuries sustained herein will exceed an amount of Fifty Thousand Dollars ($50,000.00) plus the cost of this suit.

11/18/2020
DATE

/s/ Kirk A. Caponi
KIRK A. CAPONI, #06203940

**LAW OFFICES**
Williams, Caponi & Associates, P.C.
30 East Main Street
PO Box 565
Belleville, Illinois 62222
(618) 235-1550
fax: (618) 235-8059
wcalawgeneral@gmail.com

EXHIBIT A